EX REL. WILLIAM STEINHAUSER v. WAYNE CIRCUIT JUDGE.

*Costs on appeal from a justice's court.*

Costs on appeal from a justice can be awarded only by the judge who tried the appeal.

MANDAMUS. Submitted and denied January 13.

*James H. Pound* for the writ.

*Ed. E. Kane* against.

PER CURIAM. The discretion given circuit courts to allow costs in cases heard on appeal from justices' courts contemplates that costs shall be awarded in view of the facts appearing upon the trial. And no one but the judge presiding during the trial in the circuit can determine this question.